No. 03–7155. IN RE BRUNO. Petition for writ of habeas corpus denied.

No. 03–7170. IN RE HAZEL ET AL. Motion of petitioner Bobby E. Hazel for leave to proceed *in forma pauperis* denied, and petition for writ of habeas corpus dismissed as to petitioner Hazel. See this Court's Rule 39.8. Petition for writ of habeas corpus denied as to petitioner Ronald Mitchell.

No. 03–6546. IN RE BECK; and
No. 03–6607. IN RE TOWNSEND. Petitions for writs of mandamus denied.

No. 03–6557. IN RE DUMONT. Petition for writ of mandamus and/or prohibition denied.

No. 02–891. CENTRAL LABORERS' PENSION FUND v. HEINZ ET AL. C. A. 7th Cir. Certiorari granted.

No. 03–339. SOSA v. ALVAREZ-MACHAIN ET AL.; and
No. 03–485. UNITED STATES v. ALVAREZ-MACHAIN ET AL. C. A. 9th Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 331 F. 3d 604.

No. 03–526. SCHRIRO, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS v. SUMMERLIN. C. A. 9th Cir. Certiorari granted limited to Questions 1 and 2 presented by the petition.

No. 03–6539. JOHNSON v. CALIFORNIA. Sup. Ct. Cal. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to the following question: "Whether to establish a prima facie case under *Batson* v. *Kentucky*, 476 U. S. 79 (1986), the objector must show that it is more likely than not the other party's peremptory challenges, if unexplained, were based on impermissible group bias?"